UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GENERAL ELECTRIC CO.,

                Plaintiff,          **ORDER**
                                                    CV 06-5581 (LDW) (ARL)

    -against-

DR SYSTEMS, INC.,

                Defendant.
-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Presently before the court is the plaintiff's letter motion dated March 6, 2007 seeking to compel the defendant to serve "complete answers" to its interrogatories and a privilege log as well as to permit an inspection of the defendant's accused systems. Defendant opposes the application by letter dated March 9, 2007. According to the defendant, it has now served supplemental interrogatory responses that address each of the deficiencies alleged by the plaintiff. See DR's Supplemental Responses, served March 9, 2007. In addition, the defendant has agreed to provide a privilege log by March 26, 2007 and to permit the inspection requested by the plaintiff on April 6, 2007. Given the defendant's response, the plaintiff's application is denied as moot. Plaintiff may renew its application if necessary upon review of the defendant's supplemental response. In this regard, the parties are reminded of the obligation to confer in good faith in an effort to resolve the dispute prior to seeking judicial intervention. See Individual Practices of Magistrate Judge Lindsay, Rule (2)(A)(1).

Dated: Central Islip, New York          **SO ORDERED:**
       March 12, 2007

                                                    _____/s/_____
                                                  ARLENE R. LINDSAY
                                                 United States Magistrate Judge